IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| | § | CASE NUMBER 4:19-CR-00085 |
| v. | § § § § | |
| ANTHONY BUDREAU (1) | § | |

### ORDER APPOINTING COUNSEL

Defendant does not request appointment of counsel under Title 18 U.S.C. Section 3006A. The court held a hearing and determined that Defendant is not qualified to proceed pro se. Defendant is entitled to counsel, and it is in the interest of justice that Defendant be afforded the assistance of counsel; therefore, the Federal Public Defender is appointed for that purpose.

Dated this 31st day of July, 2023.

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE