Case 4:19-cr-00085-SDJ-KPJ  Document 74  Filed 08/02/23  Page 1 of 1 PageID #: 286

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| v. | § CASE NUMBER 4:19-CR-00085 |
| | § |
| | § |
| ANTHONY BUDREAU | § |

## ORDER

The Defendant's initial appearance was held on July 31, 2023. Pursuant to Federal Rule of Criminal Procedure 5.1, the court conducted a preliminary hearing on August 2, 2023. Defendant executed a waiver at hearing. Based on the signed waiver, the court finds that there is probable cause to believe that the allegations have been committed and that Defendant, **ANTHONY BUDREAU**, should be held over for a final revocation hearing.

**IT SO ORDERED**.

Signed August 2, 2023.

AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE