UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CASE NUMBER 4:19-CR-00085 |
| | § | |
| ANTHONY BUDREAU | § | |

## WAIVER OF DETENTION HEARING

I, **ANTHONY BUDREAU,** having been charged in the Violation of Probation, having appeared before this court and been advised of my rights as required by Title 18 U.S.C. Section 3142 et seq., including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

_____
Defendant

_____
Defendant's Attorney

Date: August 2, 2023