UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | CASE NUMBER 4:19-CR-00085 |
| ANTHONY BUDREAU | § § § | |

## ORDER OF DETENTION

The court held a hearing to consider the matter of Defendant's detention pending a final revocation hearing. Defendant waived his right to a detention hearing. It is therefore

ORDERED that the Defendant is detained pending a final revocation hearing without prejudice.

Signed August 2, 2023.

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE