# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | | |
|---|---|---|---|
| **DATE:** | 8/14/2023 | **CASE NUMBER:** | **4:19cr85** |
| **LOCATION:** | Plano, TX | USA | |
| **JUDGE:** | Sean D. Jordan | | **William Tatum**   Assigned |
| **DEP.CLERK:** | Bonnie Sanford | V. | **William Tatum**   Appeared |
| **REPORTER:** | Gayle Wear | | |
| **USPO:** | Shruti Bhakta | **ANTHONY BUDREAU** | |
| **INTERP:** | Not Required | Defendant | |
| | | | **Douglas Schopmeyer** |
| | | | Defense Attorney |

**Begin**: 2:00 pm      **Adjourn**: 2:24 pm

### REVOCATION SENTENCING

| Allegations | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1, 3, 4 | 6 months | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

The defendant pleads true to Allegations 1, 3, 4.
Allegation 2 is dismissed.


The court recommends defendant be placed in the North Texas area.


Defendant remanded to the U.S. Marshal.


X . . . Defendant advised of right to appeal plea and/or sentence and apply for court appointed counsel.